UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY L. SMALL, JR.,<br>　　　　Plaintiff,<br>　　v.<br>DR. ZAHED AHMED, et al.,<br>　　　　Defendants. | Case No. 18-02546 BLF (PR)<br>**JUDGMENT** |

The Court has dismissed the amended complaint for failure to state a claim upon which relief may be granted. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: __March 25, 2019__

BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.18\02546Small_judgment